[No. 1598-1.    Division One—Panel 1.    March 5, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAY
FINKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 58248, Howard J. Thompson, J., entered March 17, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Farris, J.